

JS-6 scan Sent

1  JAMES J. WALDORF BAR NO. 38297
   KATHRYN E. VAN HOUTEN BAR NO. 143402
2  IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Ste. 900
3  Glendale, CA 91210
   Telephone:  (818) 242-6859
4  Facsimile:  (818) 240-7728

5  Attorneys for Plaintiff

ENTERED
CLERK, U.S. DISTRICT COURT
JUL 2 0 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U S DISTRICT COURT,
JUL 11 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5 - ∞

8              UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11  UNITED STATES OF AMERICA,  )  CASE NO. MISC. 05 - 84
                               )
12        Plaintiff,           )  REGISTRATION OF JUDGMENT
                               )  (42 U.S.C.707 (h)(3))
13        v.                   )
                               )
14  MICHAEL KEVIN MCGEE, CPY   )
                               )
15        Defendant.           )  THIS CONSTITUTES NOTICE OF ENTRY
                               )  AS REQUIRED BY FRCP, RULE 77(d).
16  _____  )

17        To The Clerk of the Above-Entitled Court:

18        Please register in your records the attached Certified Copy of a Judgment of the

19  Superior Court of the State of California for the County of San Diego entered

20  December 12, 2002.  Said Judgment was entered in favor of the Sallie Mae

21  Servicing, L.P., and was assigned to the United States of America on April 18, 2003

22  by the attached Assignment of Judgment.  Registration is authorized by the Health

23  Professional Education Extension Amendments of 1992, and particularly Section

24  707(h)(3) thereof.

25  DATED: June 10, 2005              IRSFELD, IRSFELD & YOUNGER LLP

26

27

28                                   JAMES J. WALDORF
                                     Attorneys for Plaintiff

(McGee RJ)                          1

SCANNED

Case Number: GIC783643      Case Name: SALLIE MAE SERVICING LP VS MICHAEL K MCGEE

    I, **STEPHEN V. LOVE**, Clerk of the Superior Court of the State of California for the County of San Diego, which is a court of record having a seal, certify that by law I have custody of the seal and all the records, books and documents of or pertaining to said court.

    I further certify that the document or documents described below and annexed hereto contains a full, true and correct copy of the original document or documents of or pertaining to the Superior Court which is/are on file in my office.

JUDGMENT, BY COURT BY DEFAULT, FILED DECEMBER 12, 2002.**********************************

********************************************************************************************

********************************************************************************************

********************************************************************************************

WITNESS my hand and the seal of the court this

26TH day of MARCH , 2003

**STEPHEN V. LOVE**
Clerk of the Superior Court of the State of California
for the County of San Diego

    I, **RICHARD E. L. STRAUSS**, Judge of the Superior Court of the State of California for the County of San Diego, certify that **STEPHEN V. LOVE** whose signature is affixed to the above certificate, is the Clerk of the Superior Court of the State of California for said County. As such clerk, he is the proper certifying officer of the court, and by law has custody of the seal and all the records, books and documents of or pertaining to the court, and his certificate is in due form as used in this state.

RECEIVED APR 11 2003 BY SMSC BNK/LIT UNIT

IN WITNESS WHEREOF I have hereunto set my hand this

26TH day of MARCH , 2003

**RICHARD E.L. STRAUSS**
Judge of the Superior Court of the State of California
for the County of San Diego

    I, **STEPHEN V. LOVE**, Clerk of the Superior Court of the State of California for the County of San Diego which is a court of record having a seal, certify that the Honorable **RICHARD E. L. STRAUSS**, whose name is subscribed to the above certificate of qualification, was at the date thereof a Judge of the Superior Court of the State of California, for the County of San Diego, duly appointed or elected and qualified and acting; that said judge is authorized to make such certificates; that full faith and credit are due the official acts as such judge. I further certify that the signature subscribed on the certificate is genuine and that the certificate is executed according to the laws of the State of California.

WITNESS my hand and the seal of the court this

26TH day of MARCH , 2003

**STEPHEN V. LOVE**
Clerk of the Superior Court of the State of California
for the County of San Diego

SDSC CIV

JUD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)* | FOR COURT USE ONLY |
|---|---|

George L. Cohn
2850 Artesia Blvd, Suite 201
Redondo Beach, CA 90278
TELEPHONE NO: (310) 370-3730   FAX NO *(Optional)*   (310) 370-3703
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Sallie Mae Servicing

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
XX HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92083-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

**F I L E D**
Clerk of the Superior Court

**DEC 12 2002**

By: C. NEPOMUCENO, Deputy

PLAINTIFF: Sallie Mae Servicing, L.P.,

DEFENDANT: Michael K. Mcgee aka Michael Kevin Mcgee aka Michael Mcgee

**JUDGMENT**

| | | | |
|---|---|---|---|
| ☐ By Clerk | XX By Default | ☐ After Court Trial | |
| XX By Court | ☐ On Stipulation | ☐ Defendant Did Not Appear at Trial | |

| CASE NUMBER: |
|---|
| GIC783643 |

## JUDGMENT

1. **XX   BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. XX **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) XX plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court   ☐ the stipulation was stated on the record.

3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time):*
      before *(name of judicial officer):*
   b. Appearances by:
      ☐ Plaintiff *(name each):*
      (1)
      (2)
      ☐ Continued on Attachment 3b.

      ☐ Defendant *(name each):*
      (1)
      (2)
      ☐ Continued on Attachment 3b.

      ☐ Plaintiff's attorney *(name each):*
      (1)
      (2)

      ☐ Defendant's attorney *(name each):*
      (1)
      (2)

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632) ☐ was not ☐ was   requested.

*(stamp: RECEIVED APR 11 2003 BY SASC BNK/LIT UNIT)*

Page 1 of 2

| PLAINTIFF: Sallie Mae Servicing | CASE NUMBER |
|---|---|
| DEFENDANT: Michael K. Mcgee aka Michael Kevin Mcgee aka Michael Mcgee; | GIC783643 |

**JUDGMENT IS ENTERED AS FOLLOWS BY:** ☐ THE COURT ☐ THE CLERK

4. ☐ **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is

a ☒ for plaintiff *(name each)*:

    Sallie Mae Servicing, L.P.,

and against defendant *(names)*:

    Michael K. Mcgee aka Michael Kevin Mcgee
    aka Michael Mcgee;

☐ Continued on Attachment 5a.

b. ☐ for defendant *(name each)*:

c. ☐ for cross-complainant *(name each)*:

and against cross-defendant *(name each)*:

☐ Continued on Attachment 5c.

d. ☐ for cross-defendant *(name each)*:

6. **Amount.**

a. ☒ Defendant named in item 5a above must pay plaintiff on the complaint:

| | | | |
|---|---|---|---|
| (1) | ☒ | Damages | $ 58,760.50 |
| (2) | ☒ | Prejudgment interest at the annual rate of   % | $ 9,608.64 |
| (3) | ☒ | Attorney fees | $ 660.00 |
| (4) | ☒ | Costs | $ 239.95 |
| (5) | ☐ | Other *(specify)*: | $ |
| (6) | | **TOTAL** | $ 69,269.09 |

c. ☐ Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | | | |
|---|---|---|---|
| (1) | ☐ | Damages | $ |
| (2) | ☐ | Prejudgment interest at the annual rate of   % | $ |
| (3) | ☐ | Attorney fees | $ |
| (4) | ☐ | Costs | $ |
| (5) | ☐ | Other *(specify)*: | $ |
| (6) | | **TOTAL** | $ |

b. ☐ Plaintiff to receive nothing from defendant named in item 5b.

☐ Defendant named in item 5b to recover costs $
☐ and attorney fees $

d. ☐ Cross-complainant to receive nothing from cross-defendant named in item 5d

☐ Cross-defendant named in item 5d to recover costs $
☐ and attorney fees $

7. ☐ Other *(specify)*

Date    DEC 1 2 2002

☐ _Wayne L. Peterson_ Cr
    WAYNE L. PETERSON    JUDGE

Date:      ☐ Clerk, by _____ , Deputy

**CLERK'S CERTIFICATE** *(Optional)*

(SEAL)

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____ , Deputy

RECEIVED
APR 1 1 2003
BY SMSC BNK/LIT UNIT

Page 2 of 2

JUD-100 [New January 1 2002]
SDSC CIV-263(New 1-02)

**JUDGMENT**

**Collection Services**

PO BOX 6228
INDIANAPOLIS IN 46206

(800) 251-4127

CLERK OF CT SAN DIEGO CNTY C
SAN DIEGO CNTRL DIV
330 W BROADWAY
SAN DIEGO          CA   92112

ACCOUNT NUMBER: **5210270051701**

Dear CLERK OF CT SAN DIEGO CNTY C,                          04/18/03

## ASSIGNMENT OF JUDGMENT

I, DIANE E KLINGES, representing the Student Loan
Marketing Association/Loan Servicing Center/Pennsylvania (Sallie Mae) of
220 Lasley Avenue, City of Wilkes-Barre, County of Luzerne, State of
Pennsylvania, in consideration of the sum of $68,369.14, receipt of
which is acknowledged, paid to me by the United States of America, the
assignee, hereby assign the judgment, recovered by Sallie Mae
on 12/12/02, docketed in SAN DIEGO, Case No. GIC783643,
against  MICHAEL K MCGEE,  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-1, for
$68,369.14 (amount of judgment, indicating treatment of interest,
court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and
receive, and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The Servicing Center/Pennsylvania address is:  P.O. Box 9400,
Wilkes-Barre, PA 18733-9400.  Phone:  (570) 821-3600.

The DHHS address is: Department of Health and Human Services, Debt
Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD  20857,
(301) 443-1782.

I have executed this assignment at Loan Servicing Center/Pennsylvania
the  18TH of APRIL, 2003.

_____
(Signature)

Sworn before me this ____ day of _____, 20__.

_____  Affiant ____ is known to me personally
                                    ____ provided valid identification
                                    Type of identification provided:

My commission expires _____

**NOTARIAL SEAL**
Debra O'Day  Notary Public
Hanover Twp., County of Luzerne
My Commission Expires May 6, 2004

PHONE (800) 251-4127   •   FAX (800) 848-1949   •   TDD/TTY (888) 833-7562   •   24 HRS/7 DAYS

5212705171S6227298

L100   LPDEK1   4880